# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA SIFFORD**                                                                                    **PLAINTIFF**

v.                            **CASE NO. 3:19-CV-00252 BSM**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## ORDER

After *de novo* of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 12] is adopted. Accordingly, the Commissioner's decision is affirmed, and plaintiff Lisa Sifford's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 21st day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE