**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LISA SIFFORD**                                                              **PLAINTIFF**

**v.**                              **CASE NO. 3:19-CV-00252 BSM**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE